## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Estate of SAO CHAU, Deceased,
by Personal Representative, TY CHAU,

     Plaintiff,

v.                                    No. 25-cv-00772 JCH/SCY

BOARD OF COUNTY COMMISSIONERS OF
BERNALILLO COUNTY, et al.,

     Defendants.

### ORDER GRANTING DEFENDANTS' AMENDED MOTION TO WITHDRAW

Counsel for Defendants Corizon Health of New Mexico, LLC ("Corizon") and Randi

Ortega filed an Amended Motion for Withdrawal of Counsel on June 11, 2026. Doc. 74. The

Court previously denied, without prejudice, Counsel's first Motion for Withdrawal (Doc. 60)

because it failed to comply with the requirements of Local Rule 83.8(a) and (b) and because it

lacked a sufficient certificate of service. Doc. 70. Counsel has since corrected these deficiencies,

providing in the amended motion a statement of both clients' consent to the withdrawal, a

statement of Randi Ortega's intention to proceed pro se, a notice that Corizon cannot proceed pro

se, and both client's contact information.[1] Doc. 74 at 3-5; *see also* D.N.M. LR-Civ. 83.8(a), (c).

Accordingly, the Court will **GRANT** Defendants' Amended Motion.

In granting the motion, the Court reminds Corizon that this district's local rules require

that an entity other than a natural person be represented by an attorney. D.N.M.LR-Civ. 83.7; *see*

*also Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001) ("[A] corporation or other

---

[1] Alternatively, to the extent the amended motion is opposed, counsel served the motion on both clients and advised them of the deadline to object. Doc. 74 at 3, 5. Neither party objected and the failure to object constitutes consent to the granting of the Amended Motion. *See* D.N.M.LR-Civ. 83.8(b).

business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."). Without an attorney, "any filings made by the corporation, partnership or business entity other than a natural person may be stricken and default judgment or other sanctions imposed." D.N.M.LR-Civ. 83.8(c). Because the case is currently in a bankruptcy stay, Doc. 71, the Court will not direct Corizon to enter the appearance of new counsel at this time. However, once the bankruptcy stay is lifted, Corizon will be required to retain new counsel or face sanctions.

**IT IS THEREFORE ORDERED** that the Amended Motion for Withdrawal of Counsel for Corizon Health of New Mexico, LLC and Randi Ortega (Doc. 74) is GRANTED and the appearances of Craig Sargent, Kimberly Huson, Marcella Morgan, and Paul Yarbrough ("Withdrawing Attorneys") are **WITHDRAWN** as counsel for Defendants Corizon Health of New Mexico, LLC, and Randi Ortega.

**IT IS FURTHER ORDERED** that until substitute counsel enters an appearance for Corizon, the Clerk of the Court shall enter on the docket the contact information for Corizon's corporate representatives, as provided in the Amended Motion. *See* Doc. 74 at 2-3.

**IT IS FURTHER ORDERED** that the Withdrawing Attorneys shall serve a copy of this Order on Corizon's corporate representatives—Britt W. Herron, Scott King, and Jennifer Finger—and on Defendant Randi Ortega.

STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE